In the Matter of the Tax Appeal of BUSK
ENTERPRISES, INC., WILLIAM D. BUSK and
TAEKO BUSK, Taxpayers-Appellants

No. 5034

June 5, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without
argument.

*Arthur B. Reinwald (Anthony, Hoddick, Reinwald &
O'Connor* of counsel) for the petition.